**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONEX USA *f/k/a* TEMPUS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:22-cv-00686-BAH |
| v. ) | |
| ) | Hon. Beryl A. Howell |
| CALIA STONE BOUTIQUE LLC, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**SUBMISSION TO COURT'S MAY 26, 2022 ORDER TO SHOW CAUSE**

For the sake of completeness, plaintiff informs the Court that defendant never contacted plaintiff in connection with defendant's motion for a more definite statement to "discuss the anticipated motion … in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement."  L.R. 7(m).

| | |
|---|---|
| Dated: June 3, 2022 | Respectfully, |
| | |
| | **K&L GATES LLP** |
| | |
| | */s/ Andrew N. Cook* |
| | Andrew N. Cook |
| | DC Bar No. 416199 |
| | 1601 K Street, N.W. |
| | Washington, D.C. 20006 |
| | Tel: 202-778-9106 |
| | andrew.cook@klgates.com |
| | |
| | Nicole C. Mueller |
| | (*pro hac vice*) |
| | Ketajh Brown |
| | (*pro hac vice*) |
| | 70 W. Madison Street, Suite 3300 |
| | Chicago, Illinois 60602 |
| | Tel: 312-807-4341 |
| | nicole.mueller@klgates.com |
| | Tel: 312-807-4328 |
| | ketajh.brown@klgates.com |
| | ***Attorneys for Plaintiff*** |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 3, 2022, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by filing same through the Court's ECF/CM system.

                                                          */s/ Ketajh M. Brown*