**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONEX USA f/k/a TEMPUS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:22-cv-00686-BAH |
| ) | |
| v. ) | Hon. Beryl A. Howell |
| ) | |
| CALIA STONE BOUTIQUE LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO STAY ACTION AND**
**STATUS REPORT REGARDING MEDIATION**

Pursuant to the Court's October 31, 2023 minute order, plaintiff Monex USA f/k/a Tempus, Inc. ("Monex"), through its counsel K&L Gates LLP, and defendant Calia Stone Boutique LLC ("Calia Stone"), through its counsel Juris Day PLLC (Monex and Calia Stone are referred to collectively as the "parties"), respectfully submit the following joint motion to stay the action and status report regarding mediation:

On October 13, 2022, the Court referred the matter to mediation. The case was assigned to the Honorable Zia M. Faruqui, who initiated a mediated settlement conference on January 9, 2023. Beginning then, Judge Faruqui mediated settlement discussions between the parties, who have now reached a mutually-satisfactory agreement to conclude to the matter.

To permit the parties the necessary time to complete the terms of that agreement, the parties move the Court to stay the matter through December 16, 2024. This is no more time than is required, and the parties do not interpose the stay request for the purposes of delay. On or before December 16, 2024, the parties will provide the Court with a further filing bringing the matter to final conclusion.

WHEREFORE, the parties respectfully request that the Court enter an order staying the matter through December 16, 2024, and grant such further relief as the Court deems just and proper.

Dated: November 29, 2023

Respectfully submitted,

| K&L GATES LLP, | JURIS DAY PLLC, |
|---|---|
| */s/ Andrew C. Glass* <br> Andrew N. Cook <br> Andrew C. Glass (*pro hac vice*) <br> Gregory Blase (*pro hac vice*) <br> Nicole C. Mueller (*pro hac vice*) <br> Ketajh Brown (*pro hac vice*) <br><br> 1610 K Street, NW <br> Washington, DC 20006 <br> Tel: 202-778-9000 <br> andrew.cook@klgates.com <br><br> One Congress Street, Suite 2900 <br> Boston, MA 02114 <br> Tel: (617) 261-3100 <br> andrew.glass@klgates.com <br> gregory.blase@klgates.com <br><br> 70 W. Madison Street, Suite 3100 <br> Chicago, IL 60602 <br> Tel: 312-372-1121 <br> nicole.mueller@klgates.com <br> ketajh.brown@klgates.com <br><br> *Attorneys for plaintiff Monex USA f/k/a Tempus, Inc.* | */s/ Trey Mayfield (with permission)* <br> Trey Mayfield <br> 10521 Judicial Drive, Suite 200 <br> Fairfax, VA 22030 <br> Tel: 703-268-5600 <br> tmayfield@jurisday.com <br><br> *Attorneys for defendant Calia Stone Boutique LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by filing the foregoing document through the Court's ECF/CM system.

*/s/ Andrew C. Glass*